UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

v.

KENNETH JOHNSON,

Defendant.

Citations: 9734954, 9734955, & 9734956
Location Code: WZ60

## STIPULATION, AGREEMENT, AND ORDER

The United States and the defendant stipulate and agree that the defendant received citation 9734954 for hunting without the required color of clothing in violation of section 29.301(2) of the Wisconsin Statutes (as adopted by 36 CFR 2.2(b)(4)), citation 9734955 for discharging a firearm from a motor vehicle in violation of section 167.31(2)(c) of the Wisconsin Statutes (as adopted by 36 CFR 2.2(b)(4)), and citation 9734956 for discharging a firearm from or across a roadway in violation of section 167.31(2)(d) of the Wisconsin Statutes (as adopted by 36 CFR 2.2(b)(4)). Pursuant to Fed. R. Crim. P. 58(d), the defendant agrees not to contest the citations and to pay $300.00 ($40 for citation 9734954, $130 for citation 9734955, and $130 for citation 9734956), on or before July 9, 2023, with a check or money order to the Central Violations Bureau, P.O. Box 780549, San Antonio, TX 78278, or through the online payment system at www.cvb.uscourts.gov. In exchange, on payment of the fine noted above, the United States will dismiss any other Western District of Wisconsin citations currently pending against the defendant that are known to this U.S. Attorney's Office. The defendant understands that the Court will sign this Stipulation, Agreement, and Order and that failing to pay the agreed fine amount could subject the defendant to contempt charges and arrest.

THERESA ANZIVINO
Digitally signed by THERESA ANZIVINO
Date: 2023.01.05 14:32:38 -06'00'

THERESA ANZIVINO
Assistant United States Attorney

KENNETH JOHNSON

1-9-2023
Date

On receipt of this agreement, it is ORDERED that judgment of conviction be entered into in accordance with the charge set forth above and the defendant pay the amount required under this agreement.

STEPHEN L. CROCKER
United States Magistrate Judge

1-10-23
Date