UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

v.

Case No.: **9410739**

Defendant.

**James K. Hubert**

STIPULATION, AGREEMENT, AND ORDER

The United States and the defendant stipulate and agree that the defendant received citation(s) for:

**Operating Left of Center**

(Note citation number and offense description above).

The United States will amend citation number **9410739** to allege a violation of:

**Operating a motor vehicle w/o proof of insurance Wis. Stat §344.62(2)**

Pursuant to Fed. R. Crim. P. 58(d), the defendant agrees not to contest the violation(s) and to pay $ **40.00** on or before **2/25/23** with a check or money order to the Central Violations Bureau, P.O. Box 780549 San Antonio, TX 78278 or through the online payment system at www.cvb.uscourts.gov. In exchange, upon payment of the fine noted above, the United States will dismiss any other currently-pending Western District of Wisconsin citations against the defendant that are known to this U.S. Attorney's Office. The defendant understands that the Court will sign this Stipulation, Agreement, and Order and that failing to pay the agreed fine amount could subject the defendant to contempt charges and arrest.

_Theresa M. Anzivino_  
Assistant United States Attorney

**1-10-23**  
Date

_James Hubert_  
Defendant name (printed)

_/s/ signature_  
Defendant signature

Upon receipt of this agreement, it is ORDERED that judgment of conviction be entered into in accordance with the charge(s) set forth above and the defendant pay the amount required under this agreement.

_/s/ Stephen L. Crocker_  
STEPHEN L. CROCKER  
United States Magistrate Judge

**1-10-23**  
Date

94C1023J

James D. Hulett

Operating Left of Center

94C1023J
Operating a motor vehicle w/o proof of insurance. Wis. s.a.[?]344.62(2)

40 m.    8/23/23

Gloria M. Baumann     Time Mart

1-14-23